# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LIVINGSTON ALFRED, III

NO. 2022 KW 0678

**SEPTEMBER 26, 2022**

---

In Re:   Livingston Alfred, III, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 586,228.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

> **MRT**
> **WRC**
> **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT